*[Signature]* Bruce T Beesley
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 25, 2019

___

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq.
Nevada Bar No. 12270
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 4-24-19

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-17-15457-BTB |
| JENNIFER LYNN ELLIS,<br><br>Debtor(s) | **CONDITIONAL ORDER OF DISMISSAL**<br><br>Hearing Date: April 18, 2019<br>Hearing Time: 2:00 P.M. |

Trustee's Motion to Dismiss (dkt #46) having come on for hearing in the above-entitled Court on April 18, 2019 at 2:00 p.m., with appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED that the Debtor come current with plan payments in the amount of $722.00 by May 10, 2019;

///

///

///

1

IT IS FURTHER ORDERED if the Debtor fails to comply with the above stated condition, the Chapter 13 Trustee shall submit an Ex-Parte Order Dismissing Case;

IT IS SO ORDERED.

Submitted by:

_[signature]_ Date: 4/24/19

Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one)

    _X_ The court has waivd the requirement set forth in LR 9021(b)(1).

    ___ No party appeared at the hearing or filed an objection to the motion.

    ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    ___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_[signature]_ Date: 4-24-19

Leah Engel
An Employee of Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

###

2